J. Curtis Edmondson (CSB 236105)
Edmondson IP Law
15490 NW Oak Hills Dr.
Beaverton, OR 97006
503-336-3749/
FAX: (503) 482-7418
jcedmondson@edmolaw.com

Attorney for Defendant, JOHN DOE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE Rule 45 Subpoenas served on GOOGLE and NETFLIX | Misc Case No._____<br>Lead Case: MD FL 8:20-cv-00676-MSS-CPT |
| STRIKE 3 HOLDINGS, LLC,<br>　　Plaintiff,<br><br>　　vs.<br><br>JOHN DOE infringer identified as using IP addrress 47.197.99.186,.<br><br>　　Defendant. | DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF JOHN DOE'S MOTION TO QUASH AND FOR A PROTECTIVE ORDER |

1

I, J. Curtis Edmondson hereby declare under the penalty of perjury under the laws of the United States of America the following:

1. Attached as Exhibit 1 is a true and correct copy of the relevant portions of the local rules of the Middle District of Florida requiring discovery to be served 30 days before the close of discovery.
2. Attached as Exhibit 2 is a true and correct copy of the Court's last scheduling order. Fact discovery is closed and the last scheduling order set the close of discovery on March 16, 2022.
3. Attached as Exhibit 3 is a true and correct copy of Strike 3's subpoena on Google.
4. Attached as Exhibit 4 is a true and correct copy of Strike 3's subpoena on Netflix.
5. The parties met and conferred on this issue. Strike 3's counsel stated that subpoenas on third parties requiring a return of documents in less than 30 days is proper under Rule 45. There was no resolution.
6. Counsel for John Doe has spent 5 hours. John Doe's counsel has a sbilling rate for Strike 3 copyright cases of $ 350.00 per hour, which is less than a reasonable rate for copyright litigators with 15 years of experience in the Northern District of California. The fee for filing this motion is $ 402.00. I expect to spend another five hours on the reply brief and oral argument, for a total requested fee award for $ 3,902.00.

Dated: March 19, 2022

BY:   */s/J. Curtis Edmondson*
Declarant